UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TGISE CAPITAL LLC and
ENGLANTINA GEGA,

                       Plaintiffs,

           v.

VASILIOS LEFKADITIS, SHAW
GROWTH VENTURE INC., ANNA
LEFKADITIS, TRIVANTAGE
MANAGEMENT CORP., GEORGE
ZOULOUFIS, DEMETRIOS
ZOULOUFIS, SHAW FUNDING L.P.,
and RICHARD REBH,

                    Defendants.

TGISE CAPITAL LLC, individually and
derivatively on behalf of Bella Vista
Ansonia LLC, and 153 MAIN STREET
LLC,

                    Plaintiffs,

           v.

VASILIOS LEFKADITIS and SHAW
GROWTH VENTURE INC.,

                    Defendants,

ENGLANTINA GEGA and JOSEPH GEGA,
agent of Sokol Gegaj,

                    Counter-
                    Defendants.

24-CV-7256 (RA)

25-CV-2130 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of ongoing settlement discussions, unless and until the parties request otherwise,

the above-captioned matters are hereby stayed.  Within one week of the conclusion of ongoing

settlement discussions, the parties shall so notify the Court.

SO ORDERED.

Dated:    January 9, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge

2